

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Cr. No. 04-50 149-01 |
| | * | |
| VERSUS | * | 18 U.S.C. §661 - theft on |
| | * | government property |
| | * | |
| | * | JUDGE STAGG |
| PAMELA TUCKER | * | MAGISTRATE JUDGE PAYNE |

BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

Beginning on or about January 21, 2003, and continuing until on or about December 31, 2003, in the Western District of Louisiana, PAMELA TUCKER, at a place within the special maritime and territorial jurisdiction of the United States, namely the Overton Brooks Veteran Administration Medical Center, on land acquired for the use of the United States and under its exclusive jurisdiction, did take and carry away, with intent to steal and purloin, the personal property of another, namely funds belonging to the American Federation of Government Employees Local 2525, of a value exceeding $1,000.00, all in violation of Title 18, United States Code, Section 661. [18 U.S.C. §661].

DONALD W. WASHINGTON
United States Attorney

MARTHA J. LEVARDSEN, ID# 17691
Assistant United States Attorney
300 Fannin St., Suite 3201
Shreveport LA 71101-3068
318.676.3600